# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ZALE BAKER,

      Plaintiff,

v.                                      CASE NO.  5:08cv9-RH/EMT

WASHINGTON COUNTY CITY POLICE,

      Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED for failure to abide by an order of the court and failure to prosecute. The clerk shall enter judgment and shall close the file.

SO ORDERED this 2d day of June, 2008.

                                                  s/Robert L. Hinkle
                                                 Chief United States District Judge